1  McGREGOR W. SCOTT
   United States Attorney
2  QUINN HOCHHALTER
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

5  Attorneys for Plaintiff
   United States of America

**SEALED**

**FILED**

MAR 0 5 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                DEPUTY CLERK

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

11  UNITED STATES OF AMERICA,                CASE NO. 2:20-CR-0049 JAM

12        Plaintiff,

                                              ORDER TO SEAL
13     v.
                                              (UNDER SEAL)
14  AKIEAM HARRIS,

15        Defendant.

17       The Court hereby orders that the Indictment, the Petition of Assistant United States Attorney

18  Quinn Hochhalter to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until

19  the arrest of the defendants or until further order of the Court.

21  Dated: _____3/5/20_____          _____
                                      Hon. Allison Claire
22                                    U.S. MAGISTRATE JUDGE

PETITION TO SEAL INDICTMENT AND
[PROPOSED] ORDER

3