1  McGREGOR W. SCOTT
   United States Attorney
2  QUINN HOCHHALTER
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
   Attorneys for Plaintiff
6  United States of America

7

8                       IN THE UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,          | CASE NO. 2:20-CR-49 JAM
12 |                        Plaintiff,  | STIPULATION REQUESTING JURY TRIAL
   |                                    | TO BEGIN MAY 18, 2020; FINDINGS AND
13 |           v.                       | ORDER
14 | AKIEAM HARRIS,                     | DATE: April 14, 2020
   |                                    | TIME: 9:15 a.m.
15 |                        Defendant.  | COURT: Hon. John A. Mendez

16

17                               **STIPULATION**

18     Plaintiff United States of America, by and through its counsel of record, and defendant, by and
19 through defendant's counsel of record, hereby stipulate as follows:

20     1.   By previous order, this matter is set for status conference on April 14, 2020.

21     2.   At the status conference, the parties will request the Court set a trial confirmation hearing
22 at its earliest available date and set a pretrial briefing schedule.

23     3.   By this stipulation, the parties request the Court now set a jury trial to begin on May 18,
24 2020.

25 ///
26 ///
27 ///
28 ///

IT IS SO STIPULATED.

Dated: March 12, 2020          McGREGOR W. SCOTT
                               United States Attorney


                               /s/ QUINN HOCHHALTER
                               QUINN HOCHHALTER
                               Assistant United States Attorney


Dated: March 12, 2020          /s/ JEROME PRICE
                               JEROME PRICE
                               Counsel for Defendant
                               AKIEAM HARRIS


**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 16th day of March, 2020.

_____
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE