McGREGOR W. SCOTT
United States Attorney
QUINN HOCHHALTER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AKIEAM HARRIS,<br><br>Defendant. | CASE NO. 2:20-CR-49 JAM<br><br>STIPULATION TO VACATE TRIAL CONFIRMATION HEARING AND JURY TRIAL; FINDINGS AND ORDER<br><br>DATE: August 11, 2020<br>TIME: 9:15 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter is set for a trial confirmation hearing on August 11, 2020, and a jury trial to begin September 14, 2020 (ECF No. 26).

2. On June 18, 2020, a Superseding Information was filed in this case (ECF No. 30) and defendant Harris waived indictment (ECF No. 38).

3. On June 30, 2020, defendant Harris pled guilty to the sole count in the Superseding Information. ECF No. 39.

///

///

///

STIPULATION AND ORDER

1

4. By this stipulation, the parties request the Court now vacate the trial confirmation hearing currently set for August 11, 2020, and vacate the jury trial currently set to begin September 14, 2020.

IT IS SO STIPULATED.

Dated: July 8, 2020                                     McGREGOR W. SCOTT
                                                        United States Attorney

                                                        /s/ QUINN HOCHHALTER
                                                        QUINN HOCHHALTER
                                                        Assistant United States Attorney

Dated: July 8, 2020                                     /s/ JEROME PRICE
                                                        JEROME PRICE
                                                        Counsel for Defendant
                                                        AKIEAM HARRIS

## FINDINGS AND ORDER

DATED: July 8, 2020                                     /s/ John A. Mendez
                                                        Honorable John A. Mendez
                                                        UNITED STATES DISTRICT COURT JUDGE