HEATHER E. WILLIAMS, SBN #122664
Federal Defender
JEROME PRICE, SBN # 282400
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
AKIEAM HARRIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00049-JAM |
| Plaintiff, | **ORDER AUTHORIZING PROBATION TO DISCLOSE RECORDS TO DEFENDANT** |
| vs. | |
| AKIEAM HARRIS, | Judge: Hon. John A. Mendez |
| Defendant. | |

The Court has received and considered Defendant's motion for disclosure of probation records pertaining to his presentence investigation and report. (ECF No. 44). The Court hereby GRANTS Defendant's motion and authorizes probation to disclose the following records to his attorney:

1. Child Protective Services (CPS) records;
2. Sacramento County Probation Department records, including juvenile documents; and
3. Clarinda Academy records

IT IS SO ORDERED.

Dated: July 28, 2020                    /s/ John A. Mendez_____
                                        HON. JOHN A. MENDEZ
                                        United States District Court Judge

-1-