**FILED**
August 25, 2020
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AKIEAM HARRIS<br><br>Defendant. | Case No.  2:20-CR-00049-JAM<br><br>ORDER FOR RELEASE OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  AKIEAM HARRIS

Case No.  2:20-CR-00049-JAM  Charges  21 U.S.C. § 844(a) – POSSESSION OF MARIJUANA  from custody for the following reasons:

_____  Release on Personal Recognizance

_____  Bail Posted in the Sum of $ _____

_____  Unsecured Appearance Bond $ _____

_____  Appearance Bond with 10% Deposit

_____  Appearance Bond with Surety

_____  Corporate Surety Bail Bond

**X**   (Other): The Court sentenced the defendant to a term of imprisonment of time served.

Issued at Sacramento, California on August 25, 2020 at 10:15 AM

By:  *[signature]*
HONORABLE JOHN A. MENDEZ
United States District Court Judge