PHILLIP A. TALBERT
Acting United States Attorney
ROSS PEARSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-00049-JAM |
|---|---|
| Plaintiff, | AMENDED STIPULATION TO CONTINUE EVIDENTIARY HEARING ON SUPERVISED RELEASE VIOLATION; FINDINGS AND ORDER |
| v. | |
| AKIEAM HARRIS, | DATE: June 22, 2021 |
| Defendant. | TIME: 11:00 a.m. |
| | COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for an evidentiary hearing on a violation of supervised release on June 22, 2021.

2. By this stipulation, the parties move to continue the evidentiary hearing until August 3, 2021.

3. The parties will need additional time to collect and review discovery and prepare for the evidentiary hearing. In addition, counsel for the government inadvertently overlooked a prior scheduling issue that interferes with the June 22, 2021, date.

4. The parties therefore stipulate and agree to continue the evidentiary hearing to August 3, 2021.

IT IS SO STIPULATED.

Dated: June 1, 2021  PHILLIP A. TALBERT
Acting United States Attorney

/s/ ROSS PEARSON
ROSS PEARSON
Assistant United States Attorney

Dated: June 1, 2021  /s/ JEROME PRICE
JEROME PRICE
Counsel for Defendant
AKIEAM HARRIS
(Authorized by email on June 1, 2021)

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 1st day of June, 2021.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE