HEATHER E. WILLIAMS, SBN #122664
Federal Defender
JEROME PRICE, SBN # 282400
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
AKIEAM HARRIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00049-JAM |
| Plaintiff, | **STIPULATION AND ORDER FOR TEMPORARY RELEASE FROM CUSTODY TO ATTEND A FAMILY MEMBER'S FUNERAL** |
| vs. | |
| AKIEAM HARRIS, | |
| Defendant. | Date: August 9, 2021<br>Judge: Hon. Kendall J. Newman |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney, through Ross Pearson, Assistant United States Attorney, counsel for Plaintiff, and Heather E. Williams, Federal Defender, through Assistant Federal Defender Jerome Price, counsel for Defendant Akieam Harris, that Defendant Akieam Harris may be ordered temporarily released from custody at the Sacramento County Jail on Tuesday, August 10, 2021 from 9:00 a.m. to 4:00 p.m. to attend the funeral services of his brother. The government has no opposition to this temporary release under the terms and conditions listed below.

Akieam Harris's older brother, Rosuan Henley, passed away from a medical condition on July 17, 2021. Mr. Harris was close to his brother and respectfully requests to be able to attend the funeral services. The funeral service will be at Morgan Jones Funeral Home, located at 4200 Boradway in Sacramento. The service is scheduled to last from 11:00 a.m. to 1:00 p.m.

Thereafter, the burial will be at Sunset Lawn Chapel of the Chimes, located at 4701 Marysville Blvd. in Sacramento.  The burial service will begin at 2:00 p.m.

     Mr. Harris is in custody due to Grade C supervised release violations where the maximum term of imprisonment is one year.  He requests to be temporarily released from the Sacramento County Jail on Tuesday, August 10, 2021 at 9:00 a.m. to the custody of his older sister, Kambreeona Mayhand.  Ms. Mayhand has no criminal history.  She has also agreed to sign a $10,000 unsecured bond to assure that Mr. Harris returns to custody at the Sacramento County Jail.  He would be ordered to return to the Sacramento County Jail no later than 4:00 p.m. on August 10, 2021.  While on release, Mr. Harris would be ordered not to consume any alcohol or controlled substance.  Ms. Mayhand would be responsible for driving Mr. Harris to the funeral and burial services, and returning him to the Sacramento County Jail no later than 4:00 p.m.  As such, she is willing to be a third-party custodian for Mr. Harris during his temporary release.  Mr. Harris agrees to abide by the conditions the Court will impose.

                                                  Respectfully submitted,

DATED: August 8, 2021                           HEATHER E. WILLIAMS
                                                     Federal Defender

                                                     */s/ Jerome Price*
                                                     JEROME PRICE
                                                     Assistant Federal Defender
                                                     Attorneys for Akieam Harris


DATED: August 8, 2021                           PHILLIP A. TALBERT
                                                     Acting United States Attorney

                                                     */s/ Ross Pearson*
                                                     ROSS PEARSON
                                                     Assistant United States Attorney
                                                     Attorneys for Plaintiff

## ORDER

GOOD CAUSE APPEARING based on the stipulation of the parties.

IT IS HEREBY ORDERED, that Defendant Akieam Harris be temporarily released from United States Marshal and Sacramento County Jail custody on Tuesday, August 10, 2021, at 9:00 a.m., to the third-party custody of Kambreeona Mayhand. The Defendant will be released on a $10,000 unsecured Appearance Bond. The release is to accommodate Mr. Harris's attendance at the funeral and burial services of his brother Rosuan Henley. Mr. Harris is ordered not to deviate from the attendance of only the funeral and burial services. Mr. Harris shall return to custody by self-surrendering to the Sacramento County Jail no later than 4:00 p.m. on August 10, 2021. While on temporary release, Mr. Harris shall comply with the following terms and conditions:

1. Akieam Harris shall remain with Kambreeona Mayhand the entire duration of his release.
2. Akieam Harris shall not consume any alcohol, and shall not use any controlled substances (including Marijuana) during his release.

Dated: August 9, 2021

*Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE