UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
August 9, 2021
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

　　　　Plaintiff,

　　v.

AKIEAM HARRIS

　　　　Defendant.

Case No. 2:20-cr-00049-JAM

**ORDER FOR TEMPORARY RELEASE OF PERSON IN CUSTODY**

TO:　UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>AKIEAM HARRIS</u> Case No. <u>2:20-cr-00049-JAM</u> Charges <u>18 USC § 3583</u> from custody for the following reasons:

| | | |
|---|---|---|
| ___ | Release on Personal Recognizance | |
| X | Bail Posted in the Sum of $ | |
| X | Unsecured Appearance Bond $ | 10,000.00 co-signed by Kambreeona Mayhand (3rd Party Custodian) |
| ___ | Appearance Bond with 10% Deposit | |
| ___ | Appearance Bond with Surety as stated on the record in open court. | |
| ___ | Corporate Surety Bail Bond | |
| X | (Other): Defendant to be temporarily released at 9:00 AM on August 10, 2021 and to self-surrender no later than 4:00 PM on August 10, 2021. | |

Issued at Sacramento, California on at 8:32 AM on August 9, 2021

Dated: August 9, 2021

　　　　　　　　　　　　　　　　　　　　　　／s／ Kendall J. Newman
　　　　　　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE